AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

SIMON A. LUNDY,
Plaintiff,

vs.  Case Number: **06-2214**

THOMAS R IBEN,
Defendant

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed for failure to state a claim upon which relief may be requested.

ENTER this 18th day of December, 2006.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/ K. Wynn
BY: DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case